UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                     HONORABLE PAUL L. MALONEY

v.

                                     Case No. 1:10-cr-168

JOSE ALBERTO REYES-GONZALEZ,
EDUARDO LOPEZ-SOSA,
EDDIE CASTILLA-LUGO,
ISRAEL TONI ARMENDARIZ-BECERRA,
AND MIGUEL MERLOS-GONZALEZ,

        Defendants.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is a motion filed by all defendants for an ends of justice continuance of the final pretrial presently scheduled for August 2, 2010 and trial scheduled for August 11, 2010. The basis of the motion is that a Superseding Indictment was filed on July 29, 2010, and additional time is necessary for adequate review and assessment of evidence. The government does not oppose the motion.

The Court finds that, for the reasons stated in the motion, the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered as to all defendants. The final pretrial conference is rescheduled to **October 4, 2010 at 11:00 a.m.** Jury trial is rescheduled to **October 19, 2010 at 8:45 a.m.**


Dated: July 30, 2010                                  _/s/ Paul L. Maloney_____
                                            Paul L. Maloney
                                          Chief United States District Judge